# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-10158-FMO (JDE) | Date | March 31, 2020 |
|---|---|---|---|
| Title | Christin A. Dudak v. Commissioner of Social Security | | |

Present: The Honorable John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause

On November 27, 2019, Plaintiff Christin A. Dudak, proceeding pro se, filed a Complaint against the Commissioner of Social Security seeking review of Social Security decision. Dkt. 1 ("Complaint"). On December 4, 2019, the Court issued a Case Management Order (Dkt. 7, "CMO") ordering Plaintiff to promptly serve the summons and complaint and copy of the CMO in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure ("Rules" or singularly, "Rule"), warning, "[f]ailure to serve process in compliance with Rule 4 within ninety days (90) after the filing of the Complaint may result in the dismissal of the case. See Rule 4(m)." CMO § I. As a result, a proof of service of the summons and complaint was required to be filed by February 25, 2020. As of the date of this Order, Defendant has not appeared and no proof of service of process upon defendant has been filed.

Rule 4(c) that the "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Rule 4(m) provides that if a defendant "is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, if a plaintiff shows good cause for the failure to serve, the court must extend the time for service for an appropriate period. Id. Further, unless service is waived, proofs of service must be provided to the Court in an appropriate form. Fed. R. Civ. P. 4(l). The Complaint was filed 126 days prior to the date of this Order.

The docket of this action does not reflect the filing of a proof of service of the summons and Complaint. As 126 days have passed since the filing of the Complaint, Plaintiff has not complied with Rule 4(l) requiring the filing of a proper proof of service within 90 days. As noted, the Court must dismiss the action if process has not been served on the defendant within 90 days from the filing of the Complaint absent a showing of good cause by Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10158-FMO (JDE) | Date | March 31, 2020 |
|---|---|---|---|
| Title | Christin A. Dudak v. Commissioner of Social Security | | |

Plaintiff is therefore ORDERED to show cause in writing **within fourteen (14) days of the date of this Order** why this action should not be dismissed pursuant to Rule 4(m) for failure to timely serve defendant and pursuant to Rule 41(b) for failure to prosecute and failure to comply with a Court order.

Plaintiff is advised that failure to comply with this Order may result in dismissal of the action for lack of prosecution and for failure to comply with a Court order.

Initials of Clerk: mba