UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-10158-FMO (PD) | Date | March 24, 2022 |
|---|---|---|---|
| Title | Christin Dudak v. Kilolo Kijakazi | | |

Present: The Honorable Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:** (In Chambers) Order to Show Cause

On June 16, 2021, the Court issued the Order Re: Procedures in Social Security Appeal. [Dkt. No. 17.]

The Court ordered the agency to manually serve Plaintiff, who is proceeding pro se, with the administrative record no later than August 16, 2021. The Court further ordered the agency to file an answer and the administrative record no later than October 12, 2021, if the parties were unable to reach a resolution of this action. [*Id.* at 2-3.]

The Order set the following briefing schedule for separate briefs from the parties:

a. Plaintiff will file and serve a memorandum in support of the complaint (not to exceed a total of 25 pages (Local Rule 11-6)) no later than **November 17, 2021**.
b. The agency will file and serve a response (not to exceed 25 pages) no later than **December 22, 2021**.
c. If desired, Plaintiff may file and serve an optional reply (not to exceed 10 pages) no later than **January 4, 2022**.

[*Id.* at 3.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:19-cv-10158-FMO (PD) | Date | March 24, 2022 |
|---|---|---|---|
| Title | Christin Dudak v. Kilolo Kijakazi | | |

On November 12, 2021, the Agency filed an answer and the administrative record. [Dkt. Nos. 23, 24.]

As of the date of this Order, Plaintiff has not filed a memorandum in support of the complaint.

Accordingly, **Plaintiff is ORDERED TO SHOW CAUSE on or before April 21, 2022**, why this Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing, **no later than April 21, 2022**:

a. a request setting forth good cause for an extension of time to file a memorandum in support of the complaint and a declaration signed under penalty of perjury explaining why he failed to comply with the Court's June 16, 2021 Order; or
b. a memorandum in support of the complaint (not to exceed 25 pages).

Alternatively, if Plaintiff does not wish to pursue this action, he may sign and return the **attached Notice of Dismissal by April 21, 2022**.

All other provisions of the Order dated June 16, 2021 remain in effect. **Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:19-cv-10158-FMO (PD) | Date | March 24, 2022 |
|---|---|---|---|
| Title | Christin Dudak v. Kilolo Kijakazi | | |

The Clerk is instructed to serve a copy of this order on Plaintiff by mail.

**IT IS SO ORDERED.**

Attachments:
--Notice of Dismissal (CV-09)

Initials of Preparer  :  im