# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIN A.D.,[1]<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:19-cv-10158-FMO-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, the Report and Recommendation of United States Magistrate Judge, and Plaintiff's objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1  The Court accepts the Report and adopts it as its own findings and
2  conclusions.

4  DATED: September 20, 2022

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2